**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7210

JOE LEE FULGHAM,

Plaintiff - Appellant,

v.

UNKNOWN,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:20-cv-00637-AWA-RJK)

Submitted: May 26, 2023                                    Decided: June 8, 2023

Before NIEMEYER, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Lee Fulgham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham appeals the district court's order denying his motion for a jury trial. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fulgham v. Unknown*, No. 2:20-cv-00637-AWA-RJK (E.D. Va. Sept. 12, 2022). We deny Fulgham's motion for damages. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
